ROBERT J. ROSATI, No. 112006
THORNTON DAVIDSON, No. 166487
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
robert@erisalg.com
thronton@erisalg.com

Attorneys for Plaintiff,
KIMBERLY FLOREANI

ANNA M. MARTIN, No. 154279
WILLIAM REILLY, No. 177550
Rimac Martin, PC
1051 Divisadero Street
San Francisco, California  94115
Telephone (415) 561-8440
Telefax (415) 561-8430
annamartin@rimacmartin.com

Attorneys for Defendant,
UNUM LIFE INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FLOREANI, an individual, ) | |
| ) | Case No. 10-CV-02054-LKK-EFB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **CORRECT PRETRIAL SCHEDULING** |
| ) | **ORDER** |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, a Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

///

Plaintiff Kimberly Floreani ("Floreani") and Defendant Unum Life Insurance Company of America ("Unum") by its undersigned counsel, stipulate to correct the Pretrial Scheduling Order which mistakenly listed January 5, 2012 as the last day to hear dispositive motions.

GOOD CAUSE EXISTS to correct this error because at the October 25, 2010 Scheduling Conference the parties agreed and the Court ordered that February 5, 2012 would be the last day to hear dispositive motion.

SO STIPULATED.

ERISA LAW GROUP, LLP

Dated: November 2, 2010                    _____/s/_____
                                           ROBERT J. ROSATI, Attorney for
                                           Plaintiff, KIMBERLY FLOREANI

RIMAC MARTIN, PC

Dated: November 2, 2010                    _____/s/_____
                                           WILLIAM REILLY, Attorneys
                                           for Defendant, UNUM LIFE
                                           INSURANCE COMPANY OF
                                           AMERICA

SO ORDERED.

Dated: November 3, 2010

                                           _____
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT