1  ROBERT J. ROSATI – SBN 112006
THORNTON DAVIDSON – SBN 166487
2  ERISA LAW GROUP LLP
2055 San Joaquin Street
3  Fresno, CA  93721
Telephone:  559-256-9800
4  Facsimile:  559-256-9799
Email: robert@erisalg.com
5  Email: thronton@erisalg.com
6
Attorneys for Plaintiff
7  KIMBERLY FLOREANI
8

9  ANNA M. MARTIN – SBN 154279
WILLIAM REILLY – SBN 177550
10 RIMAC MARTIN PC
1051 Divisadero Street
11 San Francisco, CA  94115
Telephone (415) 561-8440
12 Telefax (415) 561-8430
Email: annamartin@rimacmartin.com
13 Email: w_reilly@rimacmartin.com
14
Attorneys for Defendant
15 UNUM LIFE INSURANCE COMPANY OF AMERICA
16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

20  KIMBERLY FLOREANI, an individual,     )   Case No. 10-CV-02054-LKK-EFB
                                         )
21                      Plaintiff,       )   **STIPULATION OF DISMISSAL OF**
                                         )   **ENTIRE ACTION WITH PREJUDICE;**
22  v.                                   )   **ORDER**
                                         )
23                                       )
                                         )
24  UNUM LIFE INSURANCE COMPANY OF       )
    AMERICA, a Corporation,              )
25                                       )
                                         )
26                      Defendant.       )
                                         )
27  _____     )

28                                       1
        STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER
                     CASE NO. 10-CV-02054-LKK-EFB

1

2          IT IS HEREBY STIPULATED by and between plaintiff KIMBERLY FLOREANI and

3   defendant UNUM INSURANCE COMPANY OF AMERICA, through their respective counsel

4   of record, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to

5   Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall bear their own respective

6   costs of suit.

7          Pursuant to local rules, this document is being electronically filed through the Court's

8   ECF System.  In this regard, counsel for defendants hereby attests that (1) the content of this

9   document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

10  concurred with the filing of this document; and (3) a record supporting this concurrence is

11  available for inspection or production if so ordered.

12         **SO STIPULATED.**

13                                              Respectfully submitted,

14

15                                              **ERISA LAW GROUP LLP**

16

17  DATED:  June 28, 2011              By:        /S/ Robert J. Rosati
                                               ROBERT J. ROSATI
18                                             Attorneys for Plaintiff
                                               KIMBERLY FLOREANI
19

20

21                                              **RIMAC  MARTIN PC**

22

23
    DATED:  June 28, 2011              By:        /S/ Anna M. Martin
24                                             ANNA M. MARTIN
                                               Attorneys for Defendant
25                                             UNUM INSURANCE COMPANY OF
                                               AMERICA
26

27

28
                                            2
          STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER
                          CASE NO. 10-CV-02054-LKK-EFB

1

**ORDER**

2

IT IS SO ORDERED.

3

4

DATED:   June 28, 2011.

5

LAWRENCE K. KARLTON
SENIOR JUDGE

6

UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER
CASE NO. 10-CV-02054-LKK-EFB